UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,

Plaintiffs,

v.

STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana corporation; CARL BARNEY, an individual; and DOES 1-500, Inclusive,

Defendants.

Case No. 1:13-CV-00009-BLW

**ORDER ON JOINT MOTION TO MODIFY THE COURT'S ORDER OF APRIL 9, 2014 (ECF NO. 24)**

This cause came before the Court on the Joint Motion of the Parties (ECF No. 33) to modify the Court's Case Management Order of April 9, 2014 (ECF No. 24). As set out below, the Court will grant the motion, in part, by allowing extensions, but the Court will deny the motion to the extent the government requests an additional 30 days to file is complaint in intervention. Instead, the Court will require that complaint to be filed by no later than May 2, 2014.

Accordingly, IT IS HEREBY ORDERED that the Court's prior order (ECF No. 24) is modified as follows:

1. The United States will file its Complaint in Intervention no later than **May 2, 2014**;

2. The Relators may amend their Complaint up to and including **May 13, 2014**; and

3. The Defendants will have until **July 14, 2014** to file any responsive pleading.

DATED: April 28, 2014

B. Lynn Winmill
Chief Judge
United States District Court