John N. Zarian, ISB No. 7390
PARSONS BEHLE & LATIMER
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email: jzarian@parsonsbehle.com

Brandon J. Mark (pro hac vice)
Joseph M. Stultz (pro hac vice)
Liz Mellem (pro hac vice)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Email: bmark@parsonsbehle.com
*Attorneys for Relators and Plaintiffs Katie Brooks and Nannette Wride*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,

Plaintiffs,

vs.

STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; and DOES 1-500, Inclusive,

Defendants.

Case No. 1:13-cv-00009-BLW

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL RELATORS' SECOND AMENDED COMPLAINT IN PART**

Relators and Plaintiffs Katie Brooks and Nannette Wride (collectively, "Relators"), pursuant to Local Rule 5.3 and 31 U.S.C. § 3730(b)(2), submit this memorandum in support of their motion for an order allowing them to file their Second Amended Complaint partially under seal and in camera pursuant to 31 U.S.C. § 3730(b)(2) because portions of the Second Amended Complaint will disclose information about additional alleged claims under the False Claims Act never-before set forth in any prior complaint.

The federal False Claims Act, 31 U.S.C. 3729 *et seq.*, allows private parties, such as Relators here, to bring suit on behalf of the United States government to recover funds paid due to the submission of false claims. The statutory framework requires that when private parties bring such actions, they must file their complaint under seal and in camera. Specifically, 31 U.S.C. § 3730(b)(2) provides that a complaint alleging claims under the False Claims Act "shall be filed in camera[and] shall remain under seal for at least 60 days."

One purpose of providing the United States government with a period during which the complaint remains under seal is to allow the government sufficient time to investigate the asserted claims and allegations, and to make a determination about whether it desires to intervene in the claims, before the claims are made known to the defendants and to the public.

Under the circumstances, the False Claims Act *may* require Relators to file the new portions of the Second Amended Complaint under seal. Although it has been characterized as the "extreme minority position," *United States ex rel.*

*Saldivar v. Fresenius Med. Care Holdings, Inc.*, 972 F. Supp. 2d 1317 (N.D. Ga. 2013), at least one court has suggested, albeit in dicta, that amended complaints that assert new claims under the False Claims Act must be filed under the seal provisions of Section 3730(b)(2). *See United States ex rel. Davis v. Prince*, 766 F. Supp. 2d 679, 684 (E.D. Va. 2011). Because the potential consequences of failing to file the Second Amended Complaint under seal could be quite serious, Relators request the Court's permission to file the new claims of their Second Amended Complaint under seal.

If the Court determines that sealing the new portions of the Second Amended Complaint is appropriate under the circumstances, the new (redacted) portions should remain inaccessible to Defendants for a period of at least sixty (60) days. 31 U.S.C. § 3730(b)(2).

Relators propose to file a redacted, public version of the Second Amended Complaint, in addition to the complete sealed version.

DATED this 12th day of May 2014.

/s/ Brandon J. Mark
JOHN N. ZARIAN
BRANDON J. MARK
JOSEPH M. STULTZ
PARSONS BEHLE & LATIMER
*Attorneys for Relators*

**CERTIFICATE OF SERVICE**

I certify that on May 12, 2014, I caused the foregoing Memorandum in Support of Motion to Seal Second Amended Complaint in Part to be served on the following in the manner specified:

Eric B Swartz
eric@jonesandswartzlaw.com
(*attorney for defendants via the Court's CM/ECF system pursuant to LR 5.1(k)*)

Wendy J. Olson, United States Attorney
Amy S. Howe, Assistant United States Attorney
Amy.Howe@USDOJ.gov
*(via the Court's CM/ECF system pursuant to LR 5.1(k))*

/s/ Brandon J. Mark

4810-7108-2011.1