A. Dean Bennett, ISB #7735
HOLLAND & HART LLP
800 West Main St., Suite 1750
Post Office Box 2527
Boise, Idaho  83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
adbennett@hollandhart.com

*Attorneys for Defendants Shaw, Mumford & Co., P.C.
  and Shaw & Co., P.C.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>                Plaintiffs,<br><br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive,<br><br>                Defendants. | Case No. 1:13-cv-00009-BLW<br><br>**NOTICE OF APPEARANCE** |

      Notice is hereby given that A. Dean Bennett, of the firm Holland & Hart LLP, hereby enters his appearance for and on behalf of Defendants Shaw, Mumford & Co., P.C., and Shaw & Co., P.C., in this matter.

      DATED this 5th day of June, 2014.

                                    HOLLAND & HART LLP

                                    By:   */s/ A. Dean Bennett*
                                           A. Dean Bennett
                                           Attorneys for Defendant Shaw & Co., P.C.

NOTICE OF APPEARANCE - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John N. Zarian            jzarian@parsonsbehle.com
PARSONS BEHLE & LATIMER
960 Broadway Ave., Ste. 250
Boise, ID  83706

Brandon J. Mark           bmark@parsonsbehle.com
Joseph M. Stultz          jstultz@parsonsbehle.com
Alissa M. Mellem          amellem@parsonsbehle.com
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT  84111

*Attorneys for Plaintiffs Katie Brooks and Nannette Wride*

Amy S Howe               amy.howe@usdoj.gov
US ATTORNEY'S OFFICE
WA Group Plaza IV
800 Park Blvd #600
Boise, ID  83712

*Attorneys for the United States of America*

Eric B Swartz            eric@jonesandswartzlaw.com
Mark Paul Coonts         mark@jonesandswartzlaw.com
Jones & Swartz PLLC
PO Box 7808
Boise, ID  83707-7808

Gerald M Ritzert         gritzert@ritzert-leyton.com
Steven M. Gombos         sgombos@ritzert-leyton.com
Ritzert & Leyton, PC
11350 Random Hills Road, Suite 400
Fairfax, VA  22030

*Attorneys for Defendants Stevens-Henager College, Inc., California College San Diego, Inc., CollegeAmerica Denver, Inc., CollegeAmerica Arizona, Inc., Center for Excellence in Higher Education, Inc., and Carl Barney*

            /s/ A. Dean Bennett
        for HOLLAND & HART LLP

6918948_1

NOTICE OF APPEARANCE - 2