Richard H. Greener, ISB No. 1191
Thomas J. Lloyd III, ISB No. 7772
GREENER BURKE SHOEMAKER OBERRECHT P.A.
950 W. Bannock Street, Suite 950
Boise, ID 83702
Telephone: (208) 319-2600
Facsimile: (208) 319-2601
Emails: rgreener@greenerlaw.com
tlloyd@greenerlaw.com

Attorneys for Defendant PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE, Plaintiffs, vs. STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive, et al., Defendants. | Case No. 1:13-CV-00009-BLW<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Richard H. Greener and Thomas J. Lloyd III, of the firm Greener Burke Shoemaker Oberrecht P.A.., hereby enter an appearance by said firm as attorneys of record

NOTICE OF APPEARANCE – Page 1                                                                19517-001/676732

for Defendant PricewaterhouseCoopers LLP ("PwC") and will represent Defendant PwC henceforth in this litigation. Accordingly, all further communications, correspondence, pleadings, and documents should be forwarded to Mr. Greener and Mr. Lloyd using the address and contact information provided above.

Dated this \_\_11\_\_ day of June, 2014.

                                    GREENER BURKE SHOEMAKER OBERRECHT P.A.

                                    _____
                                    Richard H. Greener/Thomas J. Lloyd III
                                    Attorneys for Defendant PricewaterhouseCoopers LLP

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the \_\_11\_\_ day of June, 2014, I filed the foregoing document electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Amy S. Howe – Amy.Howe@USDOJ.gov

John N. Zarian – jzarian@parsonsbehle.com

Brandon J. Mark – bmark@parsonsbehle.com

Alissa M Mellem – AMellem@parsonsbehle.com; ecf@parsonsbehle.com

Joseph Stultz - jstultz@parsonsbehle.com

Eric B Swartz – eric@jonesandswartzlaw.com

Mark Paul Coonts – mark@jonesandswartzlaw.com

Gerald Ritzert – gritzert@ritzert-leyton.com

Steven M. Gombos – sgombos@ritzert-leyton.com

A. Dean Bennett – adbennett@hollandhart.com

Eric G Maxfield – EGMaxfield@hollandhart.com

  I FURTHER CERTIFY that, on such date, I served the foregoing document on the following non-CM/ECF Registered Participants in the manner indicated:

  Via First Class Mail, postage prepaid, addressed as follows:

N/A

_____<br>
Richard H. Greener/Thomas J. Lloyd III