STUART F. DELERY
ASSISTANT ATTORNEY GENERAL
MICHAEL D. GRANSTON
RENÉE BROOKER
**JAY D. MAJORS**
**TRIAL ATTORNEY**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
601 D ST., N.W.
WASHINGTON, DC  20004
TELEPHONE:  (202) 307-0264
FACSIMILE:   (202) 514-0280
Email:  Jay.Majors@usdoj.gov

WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
**AMY S. HOWE, IDAHO STATE BAR NO. 3385**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE:  (208) 334-1211
FACSIMILE:   (208) 334-1414
Email:  Amy.Howe@usdoj.gov
    ATTORNEYS FOR THE UNITED STATES

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE, | Case No. 1:13-CV-00009-BLW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| STEVENS-HENAGER COLLEGE, INC. et al, | |
| Defendants. | |

Notice is hereby given that Jay D. Majors, of the United States Department of Justice, hereby enters his appearance for and on behalf of the United States of America in this matter.

DATED this 8th day of July, 2014.

        STUART F. DELERY
        ASSISTANT ATTORNEY GENERAL

        WENDY J. OLSON
        UNITED STATES ATTORNEY

        /s/
        JAY D. MAJORS
        Trial Attorney

        AMY S. HOWE
        Assistant United States Attorney

**NOTICE OF APPEARANCE -1**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2014, the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

John N. Zarian - jzarian@parsonsbehle.com

Brandon Mark - bmark@parsonsbehle.com

Joseph Stultz - jstultz@parsonsbehle.com

Eric Jones - eric@jonesandswartzlaw.com

Gerald Ritzert - gritzert@ritzert-leyton.com

Steven M. Gombos - sgombos@ritzert-leyton.com

Alissa M. Mellem - ecf@parsonsbehle.com

Eric B. Swartz - eric@jonesandswartzlaw.com

Mark Paul Coonts - mark@jonesandswartzlaw.com

A. Dean Bennett - adbennett@hollandhart.com

Eric G. Maxfield - egmaxfield@hollandhart.com

Richard H. Greener - rgreener@greenerlaw.com

Thomas John Lloyd, III - tlloyd@greenerlaw.com

Thomas G. Rafferty - trafferty@cravath.com

Antony L Ryan - aryan@cravath.com

Samira Shah - sshah@cravath.com

                                                        /s/
                                          Jay D. Majors

**NOTICE OF APPEARANCE -2**