Eric B. Swartz, ISB #6396
Mark P. Coonts, ISB #7689
JONES & SWARTZ PLLC
1673 W. Shoreline Drive, Suite 200 [83702]
P.O. Box 7808
Boise, ID 83707-7808
Telephone:  (208) 489-8989
Facsimile:  (208) 489-8988
Email:eric@jonesandswartzlaw.com
mark@jonesandswartzlaw.com

Steven M. Gombos (*Admitted pro hac vice*)
Gerald M. Ritzert (*Admitted pro hac vice*)
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
Telephone:  (703) 934-2660
Email: sgombos@ritzert-leyton.com
gritzert@ritzert-leyton.com

Attorneys for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br><br>STEVENS-HENAGER COLLEGE, INC. a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; and DOES 1-500, Inclusive, et al.<br><br>Defendants. | Case No. 1:13-CV-00009-BLW<br><br>**DEFENDANTS' MOTION TO SEAL CERTAIN EXHIBITS TO UNITED STATES' COMPLAINT IN INTERVENTION** |

COMES NOW Defendants Stevens-Henager College, Inc., California College San Diego, Inc., College America Denver, Inc., College America Arizona, Inc., Center for Excellence in Higher Education, Inc., and Carl Barney (collectively, "Defendants" or "Colleges") by and through their counsel of record herein and pursuant to Federal Rule of Civil Procedure 7(b)(1), hereby moves this Court for an Order sealing Exhibits D, E, F, G, H, I, J, and K attached to United States' Complaint in Intervention ("Government Complaint"), Dkt. 41.

This Motion is made and supported by the pleadings of record herein, and is further supported by the Memorandum and Declaration of Eric Juhlin filed contemporaneously herewith.

| | |
|---|---|
| Dated: August 7, 2014 | JONES & SWARTZ PLLC |
| | _____/s/ Eric B. Swartz_____ |
| | Counsel for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney |
| Dated: August 7, 2013 | RITZERT & LEYTON, P.C. |
| | _____/s/ Steven M. Gombos_____ |
| | Counsel for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney |

**Certificate of Service**

      I certify that I will/have electronically file(d) the foregoing with the Clerk of the Court using the CM/ECF system, and sent a copy via electronic transmission to the following:

Mark Paul Coonts – mark@jonesandswartzlaw.com

Eric B Swartz – eric@jonesandswartzlaw.com

Amy S. Howe – Amy.Howe@USDOJ.gov

John N. Zarian – jzarian@parsonsbehle.com

Brandon J. Mark – bmark@parsonsbehle.com

Alissa M Mellem – AMellem@parsonsbehle.com

Joseph Stultz - jstultz@parsonsbehle.com

A. Dean Bennett – adbennett@hollandhart.com

Eric G Maxfield – EGMaxfield@hollandhart.com

Gerald Ritzert – gritzert@ritzert-leyton.com

Steven M. Gombos – sgombos@ritzert-leyton.com

Richard Greener – rgreener@GreenerLaw.com

Christina Morrow – cmorrow@greenerlaw.com

Carolyn Baldino – cbaldino@GreenerLaw.com

Thomas J. Lloyd III – tlloyd@GreenerLaw.com

                                                        _____/s/_____
                                                        Eric B. Swartz
                                                        Mark P. Coonts