Eric B. Swartz, ISB #6396
Mark P. Coonts, ISB #7689
JONES & SWARTZ PLLC
1673 W. Shoreline Drive, Suite 200 [83702]
P.O. Box 7808
Boise, ID 83707-7808
Telephone:  (208) 489-8989
Facsimile:  (208) 489-8988
Email:eric@jonesandswartzlaw.com
mark@jonesandswartzlaw.com

Steven M. Gombos (*Admitted pro hac vice*)
Gerald M. Ritzert (*Admitted pro hac vice*)
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
Telephone:  (703) 934-2660
Email: sgmbos@ritzert-leyton.com
gritzert@ritzert-leyton.com

Attorneys for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br><br>STEVENS-HENAGER COLLEGE, INC. a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; and DOES 1-500, Inclusive, et al.<br><br>Defendants. | Case No. 1:13-CV-00009-BLW<br><br>**(PROPOSED) SEALING ORDER GRANTING DEFENDANTS' MOTION TO SEAL CERTAIN EXHIBITS TO UNITED STATES' COMPLAINT IN INTERVENTION** |

This matter having come before the Court pursuant to Defendants Motion and Memorandum to Seal Certain Exhibits to United States' Complaint in Intervention and upon consideration of said Motion and Memorandum and the supporting Declaration filed therewith and upon consideration of any filings by other Parties to this litigation, if any: it is

### ORDER

The Court having found compelling reasons to seal and/or maintain the existing seal as to Exhibits D, E, F, G, H, I, J, and K, inclusive, of the exhibits filed with the United States' Complaint in Intervention based upon the likelihood and possibility of the improper use of said Exhibits to the detriment of Defendants' reasonable and legitimate business interests and upon a finding that those business interests outweigh any interest the Public may have in this instance, it is **ORDERED** that:

1. Defendants' Motion GRANTED and Exhibits D through K, inclusive, of the exhibits filed with the United States' Complaint in Intervention are hereby sealed and shall remain under seal throughout the pendency of this litigation and thereafter.

Dated: August   , 2014

By: _____
B. Lynn Winmill,
Chief Judge
United States District Court

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO SEAL – 2
Case No.:  1:13-CV-00009-BLW