John N. Zarian, ISB No. 7390
PARSONS BEHLE & LATIMER
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email:  jzarian@parsonsbehle.com

*Attorneys for Relators and Plaintiffs Katie Brooks and Nannette Wride*

Brandon J. Mark (pro hac vice)
Joseph M. Stultz (pro hac vice)
Alissa M. Mellem (pro hac vice)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email:  bmark@parsonsbehle.com
             jstultz@parsonsbehle.com
             amellem@parsonsbehle.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive,<br><br>Defendants. | Case No. 1:13-cv-00009-BLW<br><br>**DECLARATION OF NANNETTE WRIDE IN SUPPORT OF RELATORS' RESPONSE TO DEFENDANT SCHOOLS' MOTION TO SEAL CERTAIN EXHIBITS TO UNITED STATES' COMPLAINT IN INTERVENTION (ECF #76)** |

I, Nannette L. Wride, declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this declaration. If called upon to do so, I could testify as to the matters set forth herein.

2. From approximately July 2009 to June 2011, I was employed by defendant Stevens-Henager College (SHC) in various capacities, including as a part-time Admissions Consultant at its Orem, Utah, campus.

3. When I began working as an Admissions Consultant, SHC provided me with a copy of an Admissions Consultant Manual. When I was given the Admissions Consultant Manual, no one told me that the manual, or anything in the manual, was considered by SHC to contain confidential, trade secret, or proprietary information.

4. At no time did anyone, including anyone from SHC, inform me that the Admissions Consultant Manual was subject to any confidentiality restrictions, including any agreements I may have signed when I began working for SHC.

5. When I received the Admissions Consultant Manual, no one at SHC informed me that I was not permitted to share the information with others outside of SHC. I was never subsequently told that I was not permitted to share the manual with others.

6. The Admissions Consultant Manuals were not numbered or otherwise tracked by SHC to make sure that all copies of the manual were returned.

7. I was never required to sign any form or acknowledgment indicating that the Admissions Consultant Manuals were considered by SHC to be confidential, trade secret protected, or proprietary in nature.

8. When I voluntarily terminated my employment at SHC in June 2011, no one conducted an exit interview with me. In particular, when my employment voluntarily ended at SHC, no one asked me to return any documents or other written materials I had received from SHC at any time, including any copies of the Admissions Consultant Manuals that I had received during the course of my employment.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of September 2014.

Nannette L. Wride

3

## CERTIFICATE OF SERVICE

I certify that on September 2, 2014, I caused the foregoing **DECLARATION OF NANNETTE WRIDE IN SUPPORT OF RELATORS' RESPONSE TO DEFENDANT SCHOOLS' MOTION TO SEAL CERTAIN EXHIBITS TO UNITED STATES' COMPLAINT IN INTERVENTION (ECF #76)** to be served on the following in the manner specified:

Eric B Swartz
eric@jonesandswartzlaw.com
Mark Paul Coonts
mark@jonesandswartzlaw.com
Gerald Ritzert
gritzert@ritzert-leyton.com
Steven M. Gombos
sgombos@ritzert-leyton.com
*(attorneys for defendants Center for Excellence in Higher Education, Inc., Stevens-Henager College, Inc., CollegeAmerica Denver, Inc., CollegeAmerica Arizona, Inc., California College of San Diego, Inc., and Carl Barney via the Court's CM/ECF system pursuant to LR 5.1(k))*

A. Dean Bennett
adbennett@hollandhart.com
Eric G. Maxfield
egmaxfield@hollandhart.com
*(attorneys for defendants Shaw, Mumford & Co., P.C., and Shaw & Co., P.C. via the Court's CM/ECF system pursuant to LR 5.1(k))*

Antony L. Ryan
aryan@cravath.com
Samira Shah
sshah@cravath.com
Thomas G. Rafferty
trafferty@cravath.com
Richard H. Greener
rgreener@greenerlaw.com
Thomas John Lloyd
tlloyd@greenerlaw.com
*(attorneys for defendant PriceWaterhouseCoopers LLP via the Court's CM/ECF system pursuant to LR 5.1(k))*

Wendy J. Olson, United States Attorney
Amy S. Howe, Assistant United States Attorney
Amy.Howe@USDOJ.gov
Jay D Majors
jay.majors@usdoj.gov
*(via the Court's CM/ECF system pursuant to LR 5.1(k))*

/s/ Brandon J. Mark