| | |
|---|---|
| John N. Zarian, ISB No. 7390 | Brandon J. Mark (pro hac vice) |
| PARSONS BEHLE & LATIMER | Joseph M. Stultz (pro hac vice) |
| 960 Broadway Ave., Ste. 250 | Alissa M. Mellem (pro hac vice) |
| Boise, Idaho 83706 | PARSONS BEHLE & LATIMER |
| Telephone: (208) 562-4900 | 201 South Main Street, Suite 1800 |
| Facsimile: (208) 562-4901 | Salt Lake City, Utah 84111 |
| Email: jzarian@parsonsbehle.com | Telephone: (801) 532-1234 |
| | Facsimile: (801) 536-6111 |
| *Attorneys for Relators and Plaintiffs* | Email: bmark@parsonsbehle.com |
| *Katie Brooks and Nannette Wride* | jstultz@parsonsbehle.com |
| | amellem@parsonsbehle.com |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive,<br><br>Defendants. | Case No. 1:13-cv-00009-BLW<br><br>**DECLARATION OF KATIE BROOKS IN SUPPORT OF RELATORS' RESPONSE TO DEFENDANT SCHOOLS' MOTION TO SEAL CERTAIN EXHIBITS TO UNITED STATES' COMPLAINT IN INTERVENTION (ECF #76)** |

I, Katie J. Brooks, declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this declaration. If called upon to do so, I could testify as to the matters set forth herein.

2. From approximately March 2009 to March 2011, I was employed by defendant Stevens-Henager College (SHC) as an Admissions Consultant at its Orem, Utah, campus.

3. When I began my employment, SHC provided me with a copy of an Admissions Consultant Manual. The copy of the manual that I was given was not numbered and did not contain any other unique identification.

4. SHC handed out new versions of the Admissions Consultant Manuals before training conferences in Las Vegas, Nevada. My supervisor, Jesse Hafen, encouraged Admissions Consultants to take the manuals home with them to study before the training conferences.

5. At some point during my employment with SHC, I went to my supervisor, Jesse Hafen, and told him that someone had taken my Admissions Consultant Manual because I could no longer find it. Rather than investigating the situation to determine who had taken my Admissions Consultant Manual in order to recover that copy (which had my notes in it), Mr. Hafen simply gave me another copy of an Admissions Consultant Manual.

6. Because I was told that I could take a copy of the Admissions Consultant Manual home with me for reference, during the time I worked at SHC, I often had a copy of the manual at my home.

7. I was never required to sign any form or acknowledgment indicating that the Admissions Consultant Manuals were considered by SHC to be confidential, trade secret protected, or proprietary in nature.

8. When I voluntarily terminated my employment at SHC in March 2011, no one conducted an exit interview with me. In particular, when my employment voluntarily ended at SHC, no one asked me to return any documents or other written materials I had received from SHC at any time, including any copies of the

//

//

//

//

//

//

//

//

//

//

//

Admissions Consultant Manuals that I had received and the copy of Procedure Directive 85R that I had been given.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this _2_th day of September 2014.

_____
Katie J. Brooks

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2014, I caused the foregoing **DECLARATION OF KATIE BROOKS IN SUPPORT OF RELATORS' RESPONSE TO DEFENDANT SCHOOLS' MOTION TO SEAL CERTAIN EXHIBITS TO UNITED STATES' COMPLAINT IN INTERVENTION (ECF #76)** to be served on the following in the manner specified:

Eric B Swartz
eric@jonesandswartzlaw.com
Mark Paul Coonts
mark@jonesandswartzlaw.com
Gerald Ritzert
gritzert@ritzert-leyton.com
Steven M. Gombos
sgombos@ritzert-leyton.com
*(attorneys for defendants Center for Excellence in Higher Education, Inc., Stevens-Henager College, Inc., CollegeAmerica Denver, Inc., CollegeAmerica Arizona, Inc., California College of San Diego, Inc., and Carl Barney via the Court's CM/ECF system pursuant to LR 5.1(k))*

A. Dean Bennett
adbennett@hollandhart.com
Eric G. Maxfield
egmaxfield@hollandhart.com
*(attorneys for defendants Shaw, Mumford & Co., P.C., and Shaw & Co., P.C. via the Court's CM/ECF system pursuant to LR 5.1(k))*

Antony L. Ryan
aryan@cravath.com
Samira Shah
sshah@cravath.com
Thomas G. Rafferty
trafferty@cravath.com
Richard H. Greener
rgreener@greenerlaw.com
Thomas John Lloyd
tlloyd@greenerlaw.com
*(attorneys for defendant PriceWaterhouseCoopers LLP via the Court's CM/ECF system pursuant to LR 5.1(k))*

Wendy J. Olson, United States Attorney
Amy S. Howe, Assistant United States Attorney
Amy.Howe@USDOJ.gov
Jay D Majors
jay.majors@usdoj.gov
*(via the Court's CM/ECF system pursuant to LR 5.1(k))*

/s/ Brandon J. Mark

5