UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>                    Plaintiffs,<br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive,<br><br>                    Defendants. | Case No. 1:13-cv-00009-BLW<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

THIS MATTER having come before the Court upon Relators Katie Brooks and Nannette Wride and Defendants Shaw Mumford & Co., P.C. and Shaw & Co., P.C.'s Stipulation for Extension of Time to Answer Complaint (Dkt. 89), and the Court having reviewed the record, and good cause appearing therefore, it is hereby ordered that Defendants Shaw Mumford & Co.,

ORDER RE: STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT - 1

P.C. and Shaw & Co., P.C.'s deadline for filing an answer or other responsive pleading in this matter is extended to October 17, 2014.

DATED: September 24, 2014

B. Lynn Winmill
Chief Judge
United States District Court

ORDER RE: STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT - 2