Richard H. Greener, ISB No. 1191
rgreener@greenerlaw.com
Daniel Loras Glynn, ISB No. 5113
dglynn@greenerlaw.com
GREENER BURKE SHOEMAKER
OBERRECHT P.A.
950 W. Bannock Street,
Suite 950
Boise, Idaho 83702
Telephone: (208) 319-2600
Facsimile: (208) 319-2601

Thomas G. Rafferty (admitted *pro hac vice*)
trafferty@cravath.com
Antony L. Ryan (admitted *pro hac vice*)
aryan@cravath.com
Samira Shah (admitted *pro hac vice*)
sshah@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; | Case No. 1:13-cv-00009-BLW<br><br>**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS RELATORS' SECOND AMENDED COMPLAINT** |

CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive,

Defendants.

Defendant PricewaterhouseCoopers LLP ("PwC"), by and through its undersigned counsel, respectfully moves this Court for an order dismissing all of the claims against PwC in Relators' Second Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 8(a) for failure to state a claim for relief that is plausible on its face, Fed. R. Civ. P. 9(b) for failure to state with particularity the circumstances constituting the alleged fraud and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. PwC further asks this Court to grant such other relief as the Court deems just and proper. The grounds for the Motion are further set forth in the accompanying Memorandum of Law and further support is provided in the accompanying Declaration of Richard H. Greener.

WHEREFORE, PwC respectfully requests that the Court grant this Motion and dismiss all of Relators' claims against PwC with prejudice on the above-mentioned grounds.

Dated: October 27, 2014

Richard H. Greener
Daniel Loras Glynn
GREENER BURKE SHOEMAKER OBERRECHT P.A.

Thomas G. Rafferty (admitted *pro hac vice*)
Antony L. Ryan (admitted *pro hac vice*)
Samira Shah (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP

*Attorneys for Defendant PricewaterhouseCoopers LLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of October, 2014, I filed the foregoing document electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Amy S. Howe – Amy.Howe@usdoj.gov; dani.renk@usdoj.gov; fran.broughton@usdoj.gov; heather.crawford@usdoj.gov; kathy.sims@usdoj.gov; USAID.EDFNOTICE@USDOJ.GOV

Jay D. Majors – Jay.Majors@usdoj.gov

John N. Zarian – jzarian@parsonsbehle.com; cpontak@parsonsbehle.com; Docket@parsonsbehle.com; ECF@parsonsbehle.com; jcafferty@parsonsbehle.com

Brandon J. Mark – bmark@parsonsbehle.com; ecf@parsonsbehle.com

Alissa M Mellem – AMellem@parsonsbehle.com; ecf@parsonsbehle.com

Joseph M. Stultz - jstultz@parsonsbehle.com; ecf@parsonsbehle.com

Eric B. Swartz – eric@jonesandswartzlaw.com; beth@jonesandswartzlaw.com; mat@jonesandswartzlaw.com

Mark Paul Coonts – mark@jonesandswartzlaw.com

Gerald M. Ritzert – gritzert@ritzert-leyton.com

Steven M. Gombos – sgombos@ritzert-leyton.com; amehrotra@ritzert-leyton.com; bwalker@ritzert-leyton.com

A. Dean Bennett – adbennett@hollandhart.com; boiseintaketeam@hollandhart.com; sdalonzo@hollandhart.com

Eric G Maxfield – EGMaxfield@hollandhart.com

I FURTHER CERTIFY that, on such date, I served the foregoing document on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class Mail, postage prepaid, addressed as follows: N/A

Richard H. Greener/Daniel Loras Glynn