A. Dean Bennett, ISB #7735
HOLLAND & HART LLP
800 West Main St., Suite 1750
Post Office Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
adbennett@hollandhart.com

Eric G. Maxfield (*admitted pro hac vice*)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
egmaxfield@hollandhart.com

*Attorneys for Defendants Shaw, Mumford & Co., P.C. and Shaw & Co., P.C.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive,<br><br>Defendants. | Case No. 1:13-cv-00009-BLW<br><br>**DEFENDANTS SHAW, MUMFORD & CO., P.C., AND SHAW & CO., P.C.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Defendants Shaw Mumford & Co., P.C. and Shaw & Co., P.C. (collectively "Shaw"), by and through their attorneys, Holland & Hart LLP, move this Court to dismiss with prejudice the Second Amended Complaint filed by Relators Katie Brooks and Nannette Wride pursuant to Federal Rules of Civil Procedure 8(a)(2), 9(b) and 12(b)(6). Relators' claims against Shaw are set forth in Counts I, II, V, and VI.

This motion is supported by Shaw's Memorandum in Support of Defendants Shaw, Mumford & Co., P.C. and Shaw & Co., P.C.'s Motion to Dismiss Second Amended Complaint and Exhibits appended thereto, as well as PricewaterhouseCoopers LLP's Memorandum of Law in Support of Defendant PricewaterhouseCoopers LLP's Motion to Dismiss Second Amended Complaint and Exhibits appended thereto, filed contemporaneously herewith.

DATED this 27th day of October, 2014.

HOLLAND & HART LLP

By: *s/ A. Dean Bennett*
Eric Maxfield
A. Dean Bennett
*Attorneys for Defendants Shaw, Mumford & Co, P.C., and Shaw & Co., P.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark Paul Coonts – mark@jonesandswartzlaw.com

Eric B Swartz – eric@jonesandswartzlaw.com

Amy S. Howe – Amy.Howe@USDOJ.gov

John N. Zarian – jzarian@parsonsbehle.com

Brandon J. Mark – bmark@parsonsbehle.com

Alissa M Mellem – AMellem@parsonsbehle.com

Joseph Stultz - jstultz@parsonsbehle.com

Gerald Ritzert – gritzert@ritzert-leyton.com

Steven M. Gombos – sgombos@ritzert-leyton.com

Richard Greener – rgreener@greenerlaw.com

Thomas J. Lloyd III – tlloyd@greenerlaw.com

Daniel L. Glynn – dglynn@greenerlaw.com

*s/ A. Dean Bennett*
for Holland & Hart LLP

7278509_1