Eric B. Swartz, ISB #6396
JONES & SWARTZ PLLC
1673 W. Shoreline Drive, Suite 200 [83702]
P.O. Box 7808
Boise, ID 83707-7808
Telephone:  (208) 489-8989 / 8988 (fax)
Email:eric@jonesandswartzlaw.com

Steven M. Gombos (*Admitted pro hac vice*)
Gerald M. Ritzert (*Admitted pro hac vice*)
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
Telephone:  (703) 934-2660
Email: sgombos@ritzert-leyton.com
gritzert@ritzert-leyton.com

Attorneys for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,  Plaintiffs, vs. STEVENS-HENAGER COLLEGE, INC. a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; and DOES 1-500, Inclusive, et al.,  Defendants. | Case No. 1:13-CV-00009-BLW  **DEFENDANTS' CERTIFICATE OF FILING DOCUMENT 100** |

COMES NOW Defendants, Stevens-Henager College, Inc., California College San Diego, Inc., College America Denver, Inc., College America Arizona, Inc., Center for Excellence in Higher Education, Inc., and Carl Barney (collectively, "Defendants"), by and through counsel, certifying that it filed CM/ECF Documents 99 and 100 on Monday, October 27, 2014, via the ECF system and this Certificate further certifies that Document 100 (a declaration in support of Document 99) was filed as a separate document in the ECF system as opposed to a document linked to Document 99 as was intended.

Dated this 28th day of October, 2014.

                                                        JONES & SWARTZ PLLC

                                                        ____ Eric B. Swartz _____
                                                        Counsel for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

Dated:  October 28, 2014                        RITZERT & LEYTON, P.C.

                                                        ____/s/ Steven M. Gombos_____
                                                        Counsel for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

DEFENDANTS' CERTIFICATE OF SERVICE OF CM/ECF DOCUMENT 99  – 2
Case No.:  1:13-CV-00009-BLW

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the October 28, 2014, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.  This document is intended to be linked to ECF Document 100:

Amy S. Howe, amy.howe@usdoj.gov
U.S. ATTORNEY'S OFFICE
*Counsel for Plaintiff United States of America*

Brandon J. Mark, bmark@parsonsbehle.com
Joseph M. Stultz, jstultz@parsonsbehle.com
John N. Zarian, jzarian@parsonsbehle.com
Alissa M. Mellem, amellem@parsonsbehle.com
PARSONS BEHLE & LATIMER
*Counsel for Plaintiffs Katie Brooks and Nannette Wride*

A. Dean Bennett, adbennett@hollandhart.com
Eric G. Maxfield, egmaxfield@hollandhart.com
HOLLAND AND HART LLP
*Counsel for Defendants Shaw & Co., P.C. and Shaw, Mumford & Co., P.C.*

Richard Greener, rgreener@greenerlaw.com
Thomas J. Lloyd III, tlloyd@greenerlaw.com
Daniel L. Glynn, dglynn@greenerlaw.com
GREENER BURKE SHOEMAKER OBERRECHT, P.A.
*Counsel for Defendant PricewaterhouseCoopers LLP*

Steven M. Gombos, sgombos@ritzert-leyton.com
Gerald M. Ritzert, gritzert@ritzert-leyton.com
RITZERT & LEYTON, P.C.
*Counsel for Defendants Stevens-Henager College, Inc.;*
*California College San Diego, Inc.; CollegeAmerica Denver, Inc.;*
*CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.;*
*and Carl Barney*

                                                                                  */s/Gerald M. Ritzert*