Eric B. Swartz, ISB #6396
JONES & SWARTZ PLLC
1673 W. Shoreline Drive, Suite 200 [83702]
P.O. Box 7808
Boise, ID 83707-7808
Telephone:  (208) 489-8989 / 8988 (fax)
Email:eric@jonesandswartzlaw.com

Steven M. Gombos (*Admitted pro hac vice*)
Gerald M. Ritzert (*Admitted pro hac vice*)
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
Telephone:  (703) 934-2660
Email: sgombos@ritzert-leyton.com
gritzert@ritzert-leyton.com

Attorneys for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,  Plaintiffs, vs. STEVENS-HENAGER COLLEGE, INC. a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; and DOES 1-500, Inclusive, et al., Defendants. | Case No. 1:13-CV-00009-BLW  **DEFENDANTS' ERRATA SHEET TO BRIEF IN SUPPORT OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. 1404(a) or TO TO DISMISS PURSUANT TO FRCP RULES 9(b) & 12(b)(6)** |

COMES NOW Defendants, Stevens-Henager College, Inc., California College San Diego, Inc., College America Denver, Inc., College America Arizona, Inc., Center for Excellence in Higher Education, Inc., and Carl Barney (collectively, "Defendants"), by and through counsel, presenting this Errata Sheet correcting the Brief in Support of Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) or dismissal of the Second Amended Complaint pursuant to FRCP 9(b) and FRCP 12(b)(6) ("Brief") (ECF Document 99).  The Errata Sheet is intended to eliminate any confusion or imprecision that may otherwise occur if the corrections were not made.  This Errata Sheet is filed in support of the Amended Brief in Support of Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) or seeking dismissal of the Second Amended Complaint pursuant to FRCP 9(b) and FRCP 12(b)(6) ("Amended Brief") being filed contemporaneously.

## ERRATA CITES TO DOCUMENT 99[1]

1. Page 3, Line 23: Dkt. 6: **Dkt. 86.**

2. Page 5, Line 18: two branch and one satellite locations; **one branch and one satellite locations.**

3. Page 6, Line 11: Compl. Intervention; **Intervention Complaint.**

4. Page 9, Line 16: Corporate Board of Directors Meeting; **an annual meeting of campus directors.**

5. Page 9, Line 18:  Wyoming; **[deleted reference to Wyoming].**

---

[1] The line and page cites are made in reference to the order in which they appear in the Brief (Document 99) from the lowest numbered page of the Brief to the highest numbered page.  Each reference to "Line" in this Errata Sheet is made counting lines of the brief from the top of each page and without including section headings or related sub-headings.  The **bold** type in each entry is how the entry was modified and appears in the Amended Brief.

DEFENDANTS' ERRATA SHEET TO MOTION TO TRANSFER VENUE or TO DISMISS
PURSUANT TO FRCP RULES 9(b) and 12(b)(6)                                                                – 2
Case No.:  1:13-CV-00009-BLW

6. Page 10, Line 9:  n; **[deleted reference to n].**

7. Page 12 Line15:  payroll company; **payroll operations.**

8. Page 16, Line 9:  Utah and delivered them to the Department from Utah; **Utah and other states and delivered them to the Department.**

9. Page 16, Line 10:  applicable PPAs in Utah and delivered them to the Department from Utah; **applicable PPAs in Arizona and delivered them to the Department.**

10. Page 21, Line 12:  Juhlin Dec. ¶99; **Juhlin Dec. ¶¶ 94-95.**

11. Page 23, Line 6:  eleven specific individuals.  Ten of them; **twelve specific individuals.  Nine of them.**

12. Page 23, Line 19:  Of those 139; **Of those, 136.**

13. Page 36, Line 10:  the plan coupled; **the plan complied.**

14. Page 41, Line 8:  should be discussed; **should be dismissed.**

15. Page 41, Lines 11 and 12: [begins] WHEREFORE; **[deleted these two lines in their entirety]**

Dated this November 4, 2014.

          JONES & SWARTZ PLLC

          /s/ Eric B. Swartz
          Counsel for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

| | |
|---|---|
| Dated: November 4, 2014 | RITZERT & LEYTON, P.C.<br><br>/s/ Steven M. Gombos<br>Counsel for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney |

DEFENDANTS' ERRATA SHEET TO MOTION TO TRANSFER VENUE or TO DISMISS
PURSUANT TO FRCP RULES 9(b) and 12(b)(6)                                                                – 4
Case No.:  1:13-CV-00009-BLW

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the November 4, 2014, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. This document is intended to be linked to the Amended Brief in Support of Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) or to Dismiss the Second Amended Complaint pursuant to FRCP 9(b) and FRCP 12(b)(6):

Amy S. Howe, amy.howe@usdoj.gov
U.S. ATTORNEY'S OFFICE
*Counsel for Plaintiff United States of America*

Brandon J. Mark, bmark@parsonsbehle.com
Joseph M. Stultz, jstultz@parsonsbehle.com
John N. Zarian, jzarian@parsonsbehle.com
Alissa M. Mellem, amellem@parsonsbehle.com
PARSONS BEHLE & LATIMER
*Counsel for Plaintiffs Katie Brooks and Nannette Wride*

A. Dean Bennett, adbennett@hollandhart.com
Eric G. Maxfield, egmaxfield@hollandhart.com
HOLLAND AND HART LLP
*Counsel for Defendants Shaw & Co., P.C. and Shaw, Mumford & Co., P.C.*

Richard Greener, rgreener@greenerlaw.com
Thomas J. Lloyd III, tlloyd@greenerlaw.com
Daniel L. Glynn, dglynn@greenerlaw.com
GREENER BURKE SHOEMAKER OBERRECHT, P.A.
*Counsel for Defendant PricewaterhouseCoopers LLP*

Steven M. Gombos, sgombos@ritzert-leyton.com
Gerald M. Ritzert, gritzert@ritzert-leyton.com
RITZERT & LEYTON, P.C.
*Counsel for Defendants Stevens-Henager College, Inc.;*
*California College San Diego, Inc.; CollegeAmerica Denver, Inc.;*
*CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.;*
*and Carl Barney*

                                                                             /s/Gerald M. Ritzert