John N. Zarian, ISB No. 7390
PARSONS BEHLE & LATIMER
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
Email: jzarian@parsonsbehle.com

*Attorneys for Relators and Plaintiffs*
*Katie Brooks and Nannette Wride*

Brandon J. Mark (pro hac vice)
Joseph M. Stultz (pro hac vice)
Alissa M. Mellem (pro hac vice)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email: bmark@parsonsbehle.com
        jstultz@parsonsbehle.com
        amellem@parsonsbehle.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>      Plaintiffs,<br><br>vs.<br><br>STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive,<br><br>      Defendants. | Case No. 1:13-cv-00009-BLW<br><br><br>**RELATORS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION (ECF NO.108) TO FILE AN OVERLENGTH RESPONSE TO BARNEY AND DEFENDANT SCHOOLS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A) OR TO DISMISS PURSUANT TO F.R.C.P. 9(B) AND 12(B)(6) (ECF NO.101) FILED ON 10/28/14** |

Plaintiffs and Relators Katie Brooks and Nannette Wride ("Relators"), pursuant to Idaho Local Civil Rule 7.1, hereby submit this Memorandum in Support of their unopposed Motion (ECF No.108) to File an Overlength Response to Barney and Defendant Schools' Motion to Transfer Venue to the District of Utah Pursuant to 28 U.S.C. § 1404(a), or, in the Alternative, to Dismiss Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure (ECF No.101) filed on October 28, 2014.

Relators must respond, in a single consolidated brief, to two independent motions filed by Barney and Defendant Schools: (1) a Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a), which was recently joined by Defendant Shaw & Co., who submitted additional briefing in support of the transfer motion, and (2) a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

Barney and Defendant Schools also sought a reprieve on the page limitations set forth in Idaho Local Civil Rule 7.1 for their memorandum supporting their motions. Relators did not oppose Barney and Defendant Schools' motion for additional pages. (Non-Opp'n to Mot to Exceed, ECF No.96.) The Court issued an Order granting the excess page filing. (ECF No.104.)

The United States of America has also sought leave to exceed the local rule page limitations for its response to the motions (ECF No.105), which the Court also granted (ECF No. 106).

Relators request leave to exceed the local rule page limitation in order to fully respond to the arguments raised in the motions. Neither the government nor

Barney and Defendant Schools opposes this Motion. Relators' response will be no longer than 50 pages, and Relators will make every effort to make it shorter.

DATED this 25th day of November 2014.

/s/ Brandon J. Mark
JOHN N. ZARIAN
BRANDON J. MARK
JOSEPH M. STULTZ
ALISSA M. MELLEM
PARSONS BEHLE & LATIMER
*Attorneys for Relators*

## CERTIFICATE OF SERVICE

I certify that on November 25th, 2014, I caused the foregoing **RELATORS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION (ECF NO.108) TO FILE AN OVERLENGTH RESPONSE TO BARNEY AND DEFENDANT SCHOOLS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A) OR TO DISMISS PURSUANT TO F.R.C.P. 9(B) AND 12(B)(6) (ECF NO.101) FILED ON 10/28/14** to be served on the following in the manner specified:

Eric B Swartz
eric@jonesandswartzlaw.com
Mark Paul Coonts
mark@jonesandswartzlaw.com
Gerald Ritzert
gritzert@ritzert-leyton.com
Steven M. Gombos
sgombos@ritzert-leyton.com
*(attorneys for defendants Center for Excellence in Higher Education, Inc., Stevens-Henager College, Inc., CollegeAmerica Denver, Inc., CollegeAmerica Arizona, Inc., California College of San Diego, Inc., and Carl Barney via the Court's CM/ECF system pursuant to LR 5.1(k))*

A. Dean Bennett
adbennett@hollandhart.com
Eric G. Maxfield
egmaxfield@hollandhart.com
*(attorneys for defendants Shaw, Mumford & Co., P.C., and Shaw & Co., P.C. via the Court's CM/ECF system pursuant to LR 5.1(k))*

Antony L. Ryan
aryan@cravath.com
Samira Shah
sshah@cravath.com
Thomas G. Rafferty
trafferty@cravath.com
Richard H. Greener
rgreener@greenerlaw.com
Thomas John Lloyd
tlloyd@greenerlaw.com
*(attorneys for defendant PriceWaterhouseCoopers LLP via the Court's CM/ECF system pursuant to LR 5.1(k))*

Wendy J. Olson, United States Attorney
Amy S. Howe, Assistant United States Attorney
Amy.Howe@USDOJ.gov
Jay D Majors
jay.majors@usdoj.gov
*(via the Court's CM/ECF system pursuant to LR 5.1(k))*

/s/ Brandon J. Mark