# Exhibit D

Page 10

1 studies?
2    A   That would be extremely difficult to calculate.
3 Are you talking about contact hours, credit hours?
4    Q   Let's just try credit hours, approximately.
5    A   Credit hours, quarter credits or semester credits?
6    Q   Let's go semester credits.
7    A   Okay. At a guess I would say probably about two
8 to 300.
9    Q   Let's go through your employment, if we could,
10 post high school.
11    A   Post high school?
12    Q   Right.
13    A   It's going to be a long day.
14    Q   The first, you know, first 15 or 20 years you can
15 go through rather quickly, just a quick summary.
16    A   Can we just do the last 20 years?
17    Q   Has there been that much employment post high
18 school?
19    A   Just a whole bunch of, I was traveling and taking
20 odd jobs in Australia and traveling around Australia and I
21 came to the United States and traveled around the United
22 States.
23    Q   How about post high school for jobs you have held
24 more than a year, does that narrow it down?
25    A   That helps me. I was the President of a nonprofit

Page 11

1 called SCS for about a decade or more.
2    Q   And where was that?
3    A   That was in California.
4    Q   And what was the name --
5    A   That involved counseling and adult education.
6    Q   And what was the name of that nonprofit --
7    A   SCS. And then after that I was involved in some
8 real estate as a part-time activity, although that was
9 primarily what I did until about 1985 when I worked as the
10 President of a private college called Sawyer College, which
11 then has grown into being President of CollegeAmerica and
12 President of my other corporations until the present day.
13    Q   And Sawyer College is located where?
14    A   San Jose.
15    Q   And approximately how long were you the President
16 of Sawyer College?
17    A   Approximately 13 years.
18    Q   And so what time period would that have been?
19    A   About 1985 through about 1998.
20    Q   Did you have any ownership interest in Sawyer
21 College at that time?
22    A   Yes.
23    Q   And were you the sole owner?
24    A   Yes.
25    Q   And so you purchased Sawyer College in

Page 12

1 approximately 1985?
2    A   Yes.
3    Q   And when you were the President of a nonprofit,
4 this SCS, approximately what time period was that?
5    A   About 1970 through about 1979.
6    Q   And, I'm sorry, you said that was in California.
7 Where in California?
8    A   Various offices, southern California, various
9 offices.
10    Q   Can you just, can you just name what offices there
11 were?
12    A   In and around Los Angeles.
13    Q   And were you a resident of Los Angeles at the
14 time?
15    A   Yes.
16    Q   And so your current employment is as President of
17 CollegeAmerica?
18    A   Correct, plus President of other, some other
19 corporations.
20    Q   So speaking now of CollegeAmerica Services, Inc.
21 is that the, is that the corporation you are referring to
22 when you said CollegeAmerica on your current employment?
23    A   Yes. You agreed to say that CollegeAmerica
24 referred to CollegeAmerica Services, Inc. and that is how
25 I'm going to use it, also.

Page 13

1    Q   Okay. So, and I will just make sure, when was
2 CollegeAmerica Services, Inc. incorporated?
3    A   I believe it was 1992, around about that time.
4    Q   And what is its principal place of business?
5    A   I guess, that is really hard to answer, because it
6 is disbursed, there is my office and then there is several
7 other offices.
8    Q   Where is its corporate headquarters?
9    A   That would be my office in Crystal Bay.
10    Q   Nevada?
11    A   Yes.
12    Q   And is that incorporated in Nevada?
13    A   Yes.
14    Q   And what is the business purpose of CollegeAmerica
15 Services, Inc.?
16    A   To provide services for private colleges.
17    Q   Does it provide services only to colleges that you
18 own?
19    A   Correct.
20    Q   And what type of services does it provide?
21    A   Advertising services, legal services, human
22 resources, insurance, accounting, tax, default management,
23 planning, executive training.
24    Q   And what is its relationship to the colleges? Is
25 there any, you said that it provides these services to

Page 14

1 colleges that it owns, or that you own?
2  A  Correct.
3  Q  Okay. Who is the owner of CollegeAmerica
4 Services, Inc.?
5  A  I am.
6  Q  Do you own 100 percent of the stock?
7  A  Correct.
8  Q  And who are the officers of CollegeAmerica
9 Services, Inc.?
10  A  Myself, Peggy Runnels, Ned Branch, and
11 Yaron Brook.
12  Q  Okay. You are the President?
13  A  Yes.
14  Q  And what office does Peggy Runnels -- And could
15 you spell her last name, please?
16  A  Yes, surely, R-U-N-N-E-L-S. She is the secretary,
17 I'm president/treasurer, the others are directors.
18  Q  They don't hold a particular office?
19  A  Correct.
20  Q  Okay. And so would it be fair to say, then, that
21 there are four members of the Board of Directors, yourself,
22 Peggy, and two others?
23  A  Correct.
24  Q  And what were the names of the two others?
25  A  Yaron Brook and Ned Branch.

Page 15

1  Q  And where does Yaron Brook live, please?
2  A  Orange County.
3  Q  California?
4  A  Correct.
5  Q  And what is your relationship with him that he
6 happens to be on your Board of Directors of the corporation
7 that you own?
8  A  Could you be more specific?
9  Q  Is he a friend, business partner, consultant?
10  A  Not a consultant, not a business partner. He is a
11 friend.
12  Q  And how often do you have Board of Directors'
13 meetings?
14  A  At least annually and then ad hoc.
15  Q  For example, when was the last time you held a
16 Board of Directors' meeting?
17  A  Last year.
18  Q  In 2005?
19  A  Uh-huh, yes.
20  Q  Do you recall approximately what month in 2005?
21  A  April, April or May.
22  Q  And Ned Branch, where does he reside?
23  A  In California.
24  Q  Whereabouts in California?
25  A  Los Angeles.

Page 16

1  Q  And what is your relationship with him? How does
2 he happen to be on the Board of Directors of a corporation
3 that you own?
4  A  He is a friend and was at one time an employee.
5  Q  Are either of those two people employees of any of
6 your entities?
7  A  No.
8  Q  Ned Branch was an employee at one time?
9  A  Correct.
10  Q  What is the main source of income of
11 CollegeAmerica Services, Inc.?
12  A  Fees from the colleges to which services are
13 provided.
14  Q  And how are those fees determined?
15  A  They pay a retainer for services, and then on
16 occasion there is an adjustment at the end of the year.
17  Q  And approximately what type of a retainer would a,
18 would one college pay to CollegeAmerica?
19  A  Could you be more specific?
20  Q  Is it a monthly retainer, yearly retainer?
21  A  It is monthly.
22  Q  And what is the amount of a monthly retainer for
23 one college?
24  A  It is generally 14 percent.
25  Q  14 percent of what?

Page 17

1  A  Of their income.
2  Q  And as a general statement, that would be true for
3 all of the colleges that are provided services by
4 CollegeAmerica?
5  A  Correct.
6  Q  What is the most significant asset that is owned
7 by CollegeAmerica Services, Inc.?
8  A  Me.
9  Q  Okay. How about hard assets, does it own any real
10 property? Does it own any equipment?
11  A  Can you ask one at a time?
12  Q  Certainly.
13  A  Real estate, no.
14  Q  Okay.
15  A  Vehicles, no.
16  Q  Does it own any equipment?
17  A  Yes.
18  Q  Okay. What type of equipment does it own?
19  A  Computers, printers, general office equipment.
20  Q  So what would you say is the most significant
21 asset in terms of the true meaning of assets?
22  A  Well, okay, what is the meaning of asset?
23  Q  Yeah. I understand you believe you are the most
24 valuable asset.
25  A  Correct.