IN THE SECOND JUDICIAL DISTRICT COURT

OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

-oOo-


U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,                  Case No. CV09-00651

vs.                             Dept. No. 6

COLLEGEAMERICA SERVICES, A NEVADA

CORPORATION; CARL B. BARNEY, an

individual; and DOES I-X,

        Defendants.

_____/

Pages 1 to 139, inclusive.


DEPOSITION OF CARL B. BARNEY

------------------------------

Friday, March 19, 2010

Reno, Nevada


REPORTED BY:      CHRISTINA HERBERT

                   CCR #641 (Nevada)

                   CSR #11883 (California)

Deposition of  Carl Barney,  9/2010

15

1      A    And College America Denver.

2      Q    Okay.  Are each of those entities independent of

3  one another?

4      A    Yes.

5      Q    Are they all corporations?

6      A    Yes.  That is the distinguishing characteristic

7  which makes them independent.

8      Q    Yeah.  As opposed -- I was just wondering if any of

9  them are limited liability companies or have some other kind

10  of corporate formation.  They're all corporations.  Correct?

11      A    Yes.

12      Q    Are you the -- either president or CEO or chief

13  executive officer of each of those entities?

14      A    Yes, and collectively.

15      Q    What do you mean by "collectively?"  What does that

16  mean?  You're all of those?

17      A    Yeah, exactly.

18      Q    Okay.  I got you.  Fair enough.  Is there a

19  description provided of your companies?  For example, if I

20  was to go online and take a look, is there kind of a core

21  description of what your companies offer?

22           MR. WHITEHEAD:  Objection.  I think the question is

23  overly broad.  Are you specific to each company or you're

24  saying his overall?

25           MR. MATTEONI:  Yeah, I understand.

Deposition of Carl Barney, 9/2010

16

```
1    BY MR. MATTEONI:
2         Q    Let's start with this:  If I was to go -- I'll just
3    select one for example.  Let's go with -- let's go with your
4    College America Denver.
5              If I was to look, is there a separate website for
6    College America Denver as opposed to all your other websites?
7         A    Yes.
8         Q    If I was to take a look on there, is there a
9    description of the -- what either characteristics or
10   qualities of College America Denver, what it has to offer,
11   more or less?
12        A    Yes.
13        Q    And is there one for each -- is there a separate
14   website for each of your companies?
15        A    Yes.
16        Q    And it provides a description --
17        A    Let me correct that.  I believe there's one website
18   for College America and then the other entities that have
19   their own separate websites.
20        Q    Okay.  And that's a good point.  Let me back up and
21   ask you a question.  When you listed off the entities that
22   exist, I didn't hear you indicate College America Services,
23   Inc.  Is that an entity that still exists today?
24        A    Yes.
25        Q    Okay.  And what role does College America Services
```

Deposition of  Carl Barney,  9/2010

17

1   play as compared to each of these other entities that you've

2   listed for us?

3       A    It has no colleges and is a service company.

4       Q    And can you describe to me the services?  Is it

5   responsible for the -- either collection activities, account

6   activities for all the actual schools that exist in the other

7   companies?

8       A    It provides such things as accreditation services,

9   that's managed centrally, consulting, planning, accounting,

10  insurance, marketing, and a long -- oh, and human resources

11  and a bunch of other services -- oh, financial aid servicing.

12      Q    And I assume you're also the president or CEO or

13  chief executive officer of College Services America?

14      A    Yes.

15      Q    Okay.  College America Services.  Excuse me.  Are

16  there other members of the board of directors for College

17  America Services?  Is there anyone else involved?  For

18  example, are there other officers, directors or shareholders

19  of College America Services?

20      A    Yes.

21      Q    And tell me who the other officers are.

22      A    Ned Branch, Peggy Runnels and Yaron Brook.

23      Q    Okay.  And how about on the board of directors?

24  How large?

25      A    Oh, that's the board.  You want the officers or the