| | |
|---|---|
| John N. Zarian, ISB No. 7390 | Brandon J. Mark (pro hac vice) |
| PARSONS BEHLE & LATIMER | Joseph M. Stultz (pro hac vice) |
| 960 Broadway Ave., Ste. 250 | Alissa M. Mellem (pro hac vice) |
| Boise, Idaho 83706 | PARSONS BEHLE & LATIMER |
| Telephone: (208) 562-4900 | 201 South Main Street, Suite 1800 |
| Facsimile: (208) 562-4901 | Salt Lake City, Utah 84111 |
| Email: jzarian@parsonsbehle.com | Telephone: (801) 532-1234 |
| | Facsimile: (801) 536-6111 |
| *Attorneys for Relators and Plaintiffs* | Email: bmark@parsonsbehle.com |
| *Katie Brooks and Nannette Wride* | jstultz@parsonsbehle.com |
| | amellem@parsonsbehle.com |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE, <br><br> Plaintiffs, <br><br> vs. <br><br> STEVENS-HENAGER COLLEGE, INC., a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah Professional Corporation; SHAW & CO., P.C., a Utah Professional Corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware Limited Liability Partnership; and DOES 1-500, Inclusive, <br><br> Defendants. | Case No. 1:13-cv-00009-BLW <br><br><br> **RELATORS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

Plaintiffs and Relators Katie Brooks and Nannette Wride ("Relators") respectfully submit this Motion for Leave to File a Third Amended Complaint. Relators' proposed Third Amended Complaint is attached to the supporting memorandum as Exhibit A. A redline comparison between Relators' Second Amended Complaint and the proposed Third Amended Complaint is attached to the supporting memorandum as Exhibit B.

Relators seek leave to file an amended complaint for three reasons: (1) to narrow and streamline the allegations in the complaint relating to the falsity element of Relators' claims, (2) to correct a factual error in the Second Amended Complaint relating to the years that certain auditing firms performed the required audits of Defendant Schools, and (3) to include additional factual detail about the conduct of the auditors who performed the required audits of Defendant Schools, as well as other minor matters. Because Relators make the Motion in good faith and have not unduly delayed in seeking leave to amend, and because the amendments are not futile and no party will be prejudiced by the amendments, Relators respectfully submit their Motion should be granted.

DATED this 26th day of November 2014.

<u>/s/ Brandon J. Mark</u>
JOHN N. ZARIAN
BRANDON J. MARK
JOSEPH M. STULTZ
ALISSA M. MELLEM
PARSONS BEHLE & LATIMER
*Attorneys for Relators*

## **CERTIFICATE OF SERVICE**

I certify that on November 26th, 2014, I caused the foregoing **MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** to be served on the following in the manner specified:

Eric B Swartz
eric@jonesandswartzlaw.com
Mark Paul Coonts
mark@jonesandswartzlaw.com
Gerald Ritzert
gritzert@ritzert-leyton.com
Steven M. Gombos
sgombos@ritzert-leyton.com
*(attorneys for defendants Center for Excellence in Higher Education, Inc., Stevens-Henager College, Inc., CollegeAmerica Denver, Inc., CollegeAmerica Arizona, Inc., California College of San Diego, Inc., and Carl Barney via the Court's CM/ECF system pursuant to LR 5.1(k))*

A. Dean Bennett
adbennett@hollandhart.com
Eric G. Maxfield
egmaxfield@hollandhart.com
*(attorneys for defendants Shaw, Mumford & Co., P.C., and Shaw & Co., P.C. via the Court's CM/ECF system pursuant to LR 5.1(k))*

Antony L. Ryan
aryan@cravath.com
Samira Shah
sshah@cravath.com
Thomas G. Rafferty
trafferty@cravath.com
Richard H. Greener
rgreener@greenerlaw.com
Thomas John Lloyd
tlloyd@greenerlaw.com
*(attorneys for defendant PriceWaterhouseCoopers LLP via the Court's CM/ECF system pursuant to LR 5.1(k))*

Wendy J. Olson, United States Attorney
Amy S. Howe, Assistant United States Attorney
Amy.Howe@USDOJ.gov
Jay D Majors
jay.majors@usdoj.gov
*(via the Court's CM/ECF system pursuant to LR 5.1(k))*

/s/ Brandon J. Mark