UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,

Plaintiffs,

v.

STEVENS-HENAGER COLLEGE, INC., a Utah corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah corporation; COLLEGEAMERICA DENVER, INC., a Colorado corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana corporation; CARL BARNEY, an individual; SHAW, MUMFORD & CO., P.C., an expired Utah professional corporation; SHAW & CO., P.C., a Utah professional corporation; PRICEWATERHOUSECOOPERS LLP, a Delaware limited liability partnership; and DOES 1-500, inclusive,

Defendants.

Case No. 1:13-cv-00009-BLW

**ORDER ON MOTION TO AMEND BRIEFING SCHEDULE**

Before the Court is a Motion to Amend Briefing Schedule (Dkt. 116), filed by defendants Stevens-Henager College, Inc., California College San Diego, Inc., CollegeAmerica Denver, Inc., CollegeAmerica Arizona, Inc., Center for Excellence in Higher Education, Inc., and Carl Barney. The Court will grant this motion in part, and deny it in part, as follows:

The Court denies the request to entirely suspend the briefing schedule on the pending motions to dismiss. The Court will, however, allow a brief extension to defendants' deadline to file reply briefs. This extension will allow defendants (if they so choose) to file a single document, which would serve as both a reply in support of its motion to dismiss, as well as an opposition to the Relators' pending motion for leave to file a third amended complaint. Accordingly,

**IT IS ORDERED that:**

1. The Motion to Amend Briefing Schedule (Dkt. 116) is **GRANTED in part and DENIED in part.**
2. Defendants' reply briefs in support of their respective motions, at Dkts. 97, 98, and 101, must be filed by no later than **December 22, 2014**.
3. Defendants' responses to Relators' Motion for Leave to File a Third Amended Complaint (Dkt. 114) are also due by no later than **December 22, 2014**.
4. Defendants may file a single document addressing the motions to dismiss as well as the motion for leave to file a third amended complaint.

5. Relators' reply brief in support of their motion for leave to file a third amended complaint shall be filed by no later than **January 12, 2015**.

DATED: December 16, 2014

B. Lynn Winmill
Chief Judge
United States District Court