Eric B. Swartz, ISB No. 6396
JONES & SWARTZ PLLC
1673 W. Shoreline Drive, Suite 200 [83702]
P.O. Box 7808
Boise, ID 83707-7808
Telephone: (208) 489-8989
Facsimile: (208) 489-8988
Email:eric@jonesandswartzlaw.com
mark@jonesandswartzlaw.com

Steven M. Gombos (*Admitted pro hac vice*)
Gerald M. Ritzert (*Admitted pro hac vice*)
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
Telephone: (703) 934-2660
Email: sgombos@ritzert-leyton.com
gritzert@ritzert-leyton.com

Attorneys for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE,<br><br>Plaintiffs,<br><br>STEVENS-HENAGER COLLEGE, INC. a Utah Corporation; CALIFORNIA COLLEGE SAN DIEGO, INC., a Utah Corporation; COLLEGEAMERICA DENVER, INC., a Colorado Corporation; COLLEGEAMERICA ARIZONA, INC., a Colorado Corporation; CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana Corporation; CARL BARNEY, an individual; and DOES 1-500, Inclusive, et al.<br><br>Defendants. | Case No. 1:13-CV-00009-BLW<br><br>**DEFENDANTS' OPPOSITION TO RELATORS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

COMES NOW Defendants Stevens-Henager College, Inc., California College San Diego, Inc., CollegeAmerica Denver, Inc., CollegeAmerica Arizona, Inc., Center for Excellence in Higher Education, Inc., and Carl Barney (collectively, "Defendants" or "Colleges"), by and through counsel, respectfully presenting the following Opposition to Relator's Motion for Leave to File Third Amended Complaint ("TAC") (ECF Docs. 113/114).

Defendants indicated they would not oppose Relators' motion for leave to file the TAC in their Motion to Amend Briefing Schedule (ECF Doc. 116) in an effort to reach an agreement to avoid multiple filings by adjusting the briefing schedule related to the pending motion to transfer venue or, in the alternative, to dismiss the SAC. As ordered by the Court, the briefing schedule on their motions will be completed contemporaneous with the filing of this opposition.

For the reasons stated in Defendants' Motion, Memorandum in Support of the Motion, and Reply Brief, the SAC should be dismissed. Relators cannot amend such claims to state an action under the Federal False Claims Act, 31 U.S.C. §3729 et seq. ("FCA"). Accordingly, the Court should deny the motion seeking amendment. Alternatively, if the motion is granted, the Court should rule that no further amendments be allowed and provide Defendants sufficient time to evaluate and respond as appropriate.

WHEREFORE, Defendants respectfully requests that the current briefing schedule be amended based on the reasons presented above.

Dated this 22nd day of December, 2014.

JONES & SWARTZ PLLC
/s/ Eric B. Swartz
Counsel for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.;

CollegeAmerica Arizona, Inc.;
Center for Excellence in
Higher Education, Inc.; and Carl
Barney

RITZERT & LEYTON, P.C.

____/s/ Steven M. Gombos________
Counsel for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

**Certificate of Service**

I certify that I will/have electronically file(d) the foregoing with the Clerk of the Court using the CM/ECF system this December 22, 2014:

Eric B Swartz – eric@jonesandswartzlaw.com
Amy S. Howe – Amy.Howe@USDOJ.gov
John N. Zarian – jzarian@parsonsbehle.com
Brandon J. Mark – bmark@parsonsbehle.com
Alissa M Mellem – AMellem@parsonsbehle.com
Joseph Stultz - jstultz@parsonsbehle.com
A. Dean Bennett – adbennett@hollandhart.com
Eric G Maxfield – EGMaxfield@hollandhart.com
Gerald Ritzert – gritzert@ritzert-leyton.com
Steven M. Gombos – sgombos@ritzert-leyton.com
Richard Greener – rgreener@GreenerLaw.com
Christina Morrow – cmorrow@greenerlaw.com
Carolyn Baldino – cbaldino@GreenerLaw.com
Thomas J. Lloyd III – tlloyd@GreenerLaw.com

____________/s/___________________
Eric B. Swartz