Eric B. Swartz, ISB No. 6396
JONES & SWARTZ PLLC
1673 W. Shoreline Drive, Suite 200 [83702]
P.O. Box 7808
Boise, ID 83707-7808
Telephone:  (208) 489-8989
Facsimile:  (208) 489-8988
Email:eric@jonesandswartzlaw.com
mark@jonesandswartzlaw.com

Steven M. Gombos (*Admitted pro hac vice*)
Gerald M. Ritzert (*Admitted pro hac vice*)
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
Telephone:  (703) 934-2660
Email: sgombos@ritzert-leyton.com
gritzert@ritzert-leyton.com

Attorneys for Defendants Stevens-Henager College, Inc.; California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona, Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. KATIE BROOKS and NANNETTE WRIDE, | ) ) ) | Case No. CV-04-00320 CW |
| Plaintiffs, | ) ) ) ) | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO RELATORS' OPPOSITION TO MOTION TO TRANSFER VENUE AND DISMISS** |
| v. | ) ) | |
| STEVENS-HENAGER COLLEGE, INC., *et al.* | ) ) | |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Evidence 201, Defendants, Stevens-Henager College, Inc.;

California College San Diego, Inc.; CollegeAmerica Denver, Inc.; CollegeAmerica Arizona,

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFS. REPLY TO RELATORS' AND GOVERNMENT'S OPPOSITION TO MOTION TO TRANSFER VENUE AND DISMISS - 1**

Inc.; Center for Excellence in Higher Education, Inc.; and Carl Barney ("Defendants") request this Court take judicial notice of: (1) the official United States Government Accountability Office Report to Congressional Committees, entitled: "Higher Education: Information on Incentive Compensation Violations Substantiated by the U.S. Department of Education", February 23, 2010, Rev. March 12, 2010, No. GAO-370R; (2) the official United States Government Accountability Office Report to Congressional Committees, entitled "Stronger Federal Oversight Needed to Enforce Ban on Incentive Payments to School Recruiters", October 2010, No. GAO-11-10; (3) Federal Student Loan Certification Form, OMB No. 1845-0006; and (4) pertinent parts of the Federal Student Aid Blue Book (Volume 3, Chapter 4; Appendix B). These documents are attached to this request, respectively as Exhibits A, B, C, and D.

1.    These GAO reports, Federal Student Aid Blue Book, and Federal Stafford Loan School Certification Form are referenced in defendants' Stevens-Henager College, Inc. and Center for Excellence in Higher Education, Inc. Reply to the Government's Opposition to Motion to Transfer and Dismiss[1]. Judicial notice of these decisions is appropriate under Federal Rule of Evidence 201, which provides that "[a] judicially noticed fact must be one not subject to dispute in that it is …capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court must take judicial notice "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d); see also *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n. 5 (9th Cir. 1995)(rev'd on other grounds.)

---

[1] The GAO reports, Federal Student Aid Handbook, and Federal Student Loan Certification Form are also incorporated by reference into Defendants Reply to the Government's Opposition to the Motion to Transfer and To Dismiss because the Government relies on the same theory of liability as the Relators regarding alleged violations of the Incentive Compensation Ban.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFS. REPLY TO RELATORS' AND GOVERNMENT'S OPPOSITION TO MOTION TO TRANSFER VENUE AND DISMISS - 2**

2.       Courts may take judicial notice of undisputed matters of public record. *Lee v. City of Los Angeles*, 250 F.3d 668, 698-90 (9th Cir. 2001).  In comments to GAO regarding GAO-11-10, which were included as Appendix IV to GAO-11-10, the Department of Education does not dispute any of the factual matters that Defendants rely upon in their Reply to the Government. The Federal Student Aid Blue Book is published sub-regulatory guidance to Title IV participating institutions and is available in current, as well as archived editions, at the Department's website at:  http://www.ifap.ed.gov/ifap/BlueBook.jsp

3.       The Federal Stafford Loan School Certification Form is the form of the "School Certification" referenced in paragraph 53 of the Government's Complaint in Intervention (Doc. 41) and by the Relators at paragraph 126 of the Relators' Second Amended Complaint (Doc. 52). The form is publicly available at the Department's website at:

http://www.ifap.ed.gov/dpcletters/attachments/FP0904StaffordSchoolCertExp073111.doc

4.       Judicial notice of those facts is proper under Federal Rule of Evidence 201(b) because this type of government information is capable of verification from a source whose accuracy reasonably assured.

Accordingly, Defendants request the Court to take judicial notice of the official and unclassified government reports released into the public domain and the Department's published sub-regulatory guidance, also released into the public domain in considering Defendants' Motion To Transfer Venue and To Dismiss.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFS. REPLY TO RELATORS' AND GOVERNMENT'S OPPOSITION TO MOTION TO TRANSFER VENUE AND DISMISS - 3**

                                            Respectfully Submitted,

Dated:  December 22, 2014                          RITZERT & LEYTON, PC

                                          By: _____/s/_____
                                                   Steven M. Gombos
                                                   Attorneys for Defendants Stevens-Henager College, Inc.;
                                                   California College San Diego, Inc.;
                                                   CollegeAmerica Denver, Inc.;
                                                   CollegeAmerica Arizona, Inc.;
                                                   Center for Excellence in Higher Education, Inc.; and
                                                    Carl Barney