

| | |
|---|---|
| **utd_enotice@utd.uscourts.gov**<br>02/24/2015 01:37 PM | To   InterdistrictTransfer_idd@id.uscourts.gov |
| | cc |
| | bcc |
| | Subject   Transferred case has been opened |

```
CASE: 1:13-cv-00009

DETAILS: Case transferred from Idaho
has been opened in District of Utah
as case 2:15-cv-00119, filed 02/24/2015.
```